UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 10-60932-Civ-COOKE/BANDSTRA**

JEFFREY D. BIANCHI,

    Plaintiff

vs.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.

_____/

**AMENDED ORDER OF DISMISSAL**[1]

The Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act have been dismissed with prejudice, and the Plaintiff's claims under the Telephone Consumer Protection Act have been dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (*See* Joint Stip. of Dismissal, ECF No. 14).  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of December 2010.

                              */s/ Marcia G. Cooke*
                              MARCIA G. COOKE
                              United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*

---

[1] The initial Order of Dismissal (ECF No. 15) is **VACATED**.